UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JORDAN HUDIS and THOMAS RITCHIE,

                            Plaintiffs,

            -against-

SITU GROUP, INC. and KIEFER LE MOIGNE,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/13/2022___

21 Civ. 7960 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' submission filed on January 7 and 12, 2022. ECF Nos. 13 & 14. By **January 18, 2022**, counsel for the Defendants shall file a notice of appearance in this matter. By **January 24, 2022**, Plaintiffs shall notify the Court if they intend to amend their complaint. The Court shall then set a deadline for the amendment or set a briefing schedule on Defendants' motion to dismiss.

        SO ORDERED.

Dated: January 13, 2022
        New York, New York

                                    _____
                                    ANALISA TORRES
                                    United States District Judge