```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDAN HUDIS and THOMAS RITCHIE,<br><br>Plaintiffs,<br><br>v.<br><br>SITU GROUP, INC. and KIEFER LE MOIGNE,<br><br>Defendants. | Case No. 21 Civ. 7960 (AT)<br><br>**JUDGMENT ON CONSENT** |

**THIS MATTER** (the "Action") having been commenced by Plaintiffs Jordan Hudis and Thomas Ritchie ("Plaintiffs") filing a complaint on September 24, 2021, as amended by Plaintiffs' First Amended Complaint filed on January 24, 2022, against Defendants Situ Group, Inc. and Kiefer Le Moigne (collectively, "Defendants"); and

The parties having entered into a Settlement Agreement which the Court has approved and, pursuant to that Settlement Agreement and the Court's Order approving same, the parties having agreed to entry of this Judgment, enforcement of which is governed by that Settlement Agreement;

**IT IS THEREFORE ORDERED, JUDGED, AND DECREED** as follows**:**

Defendants consent to the jurisdiction of this Court to enter this Judgment against them, and the parties hereby consent to the entry of this Judgment; and

The Court shall retain jurisdiction over the parties and the matter for the time period of one year following the Court's order approving the settlement for the purpose of implementing

and enforcing the terms of this Judgment, the parties' Settlement Agreement, and the Court's order approving the settlement of this Action; and

Plaintiff Jordan Hudis, located at 133 West 22nd Street, Apartment Ph B, New York, New York 10011, and Plaintiff Thomas Ritchie, located at 16 Stony Brook Road South, Darien, Connecticut 06820, collectively and/or individually, are awarded judgment in the total sum of $302,047.32 (comprised of: compensation due to Plaintiff Hudis of $95,547.95 plus 9% simple pre-judgment interest pursuant to N.Y. C.P.L.R. § 5004 of $7,609.80, compensation due to Plaintiff Ritchie of $116,506.85 plus 10% simple pre-judgment interest pursuant to Conn. Gen. Stat. § 37-3a(a) of $7,882.72), and reasonable attorneys' fees and costs[1] of $74,500), as against both Defendant Situ Group, Inc., located at, c/o Kiefer Le Moigne, 3333 Lake Street, Unit 13A, Houston, Texas 77098 and Defendant Kiefer Le Moigne, located at 3333 Lake Street, Unit 13A, Houston, Texas 77098, jointly and severally as to both Defendants, plus post-judgment interest that will begin to accrue at a rate of 9% upon an Event of Default as defined in the Parties' Settlement Agreement.

The Clerk of the Court is directed to enter the instant Judgment accordingly.

---

[1] Reasonable attorneys' fees and costs are authorized by 29 U.S.C. § 216(b), N.Y. Labor Law § 198, and Conn. Gen. Stat. § 31-72. The parties have consented to this amount which is approximately 25% of the overall judgment amount.

Consented to, without further notice, by:

Plaintiff Jordan Hudis

_____

Plaintiff Thomas Ritchie

_____

Defendant Situ Group, Inc.

/s/ /-/2
_____
Kiefer Le Moigne

Defendant Kiefer Le Moigne

/s/ /-/2
_____

SO ORDERED.

Dated: May 9, 2023
       New York, New York

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE

JUDGMENT ENTERED THIS ___ DAY OF _____, 2022

_____
Clerk of the Court

3